

FRANCISCO V. AGUILAR

101 N Carson Street, Suite 3
Carson City, NV 89701
775.684.5708

February 4, 2026

Kevin X. Lu

2361 Brandini Dr.

Dublin, CA 94568

408-598-1892

kevinxinlu@gmail.com

Subject: Acknowledgment of Service of Process

To Whom It May Concern,

This letter serves as formal acknowledgment of the receipt of legal documents for service of process. The details of the service are as follows:

- Entity Served: CHINA XD PLASTICS COMPANY LIMITED

- Case Number: 2:25-CV-02440-RFB-EJY

- Governing Authority(ies): NRS 14.030

- Document Description: CHINA XD PLASTICS COMPANY LIMITED

- Method of Delivery: Counter

- Payment Type: Check # 112 $10.00

- Date and Time of Receipt: 02/02/2026

Please retain this letter as confirmation of receipt. If you require any additional information or documentation, feel free to contact us 775-684-5708 with the information provided above.

NEVADA STATE CAPITOL
101 N. Carson Street, Suite 3
Carson City, Nevada 89701-3714

PAUL LAXALT BUILDING
COMMERCIAL RECORDINGS
401 N. Carson Street
Carson City, Nevada 89701-4201

LAS VEGAS OFFICE
2250 Las Vegas Blvd North, Suite 400
North Las Vegas, Nevada 89030-5873

STATE OF NEVADA CAMPUS
1 State of Nevada Way, 3rd Floor
Las Vegas, Nevada 89119-4339

nvsos.gov



FRANCISCO V. AGUILAR

101 N Carson Street, Suite 3
Carson City, NV
775.684.5708

Sincerely,

Rebecca Skretta
Business Services Supervisor
Office of Secretary of State Francisco V. Aguilar