Darren J. Lemieux, Bar No. 9615
Darren.lemieux@wbd-us.com
Samantha M. Vanillo, Bar No. 17008
Samantha.vanillo@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
One East Liberty Street, Suite 300,
Reno, Nevada 89501
Tel: 775.823.2900
Fax: 775.823.2929

*Attorneys for Taylor Zhang*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KEVIN X. LU,

Plaintiff,

vs.

CHINA XD PLASTICS COMPANY LIMITED, JIE HAN, AND DAHE "TAYLOR" ZHANG,

Defendants.

Case No. 2:25-cv-02440-RFB-EJY

**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND [FIRST REQUEST]**

COMES NOW Defendant Dahe "Taylor" Zhang ("Zhang"), by and through his counsel of record, WOMBLE BOND DICKINSON (US) LLP, and Plaintiff Kevin X. Lu, appearing *Pro Se*, who hereby stipulate and jointly move, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and District of Nevada Local Rule IA 6-1, as follows:

1. Plaintiff filed his Complaint on December 8, 2025. ECF No. 1.
2. On May 29, 2026, the Court entered an Order authorizing alternative service on Defendant Zhang by publication, among other methods. ECF No. 20. The Order provides that "[s]ervice on Zhang will be deemed effective on the last day service by publication occurs and his responsive pleading will be due 21 calendar days thereafter." *Id.*

/ / /

/ / /

/ / /

WOMBLE BOND DICKINSON
One East Liberty Street, Suite 300
Reno, Nevada 89501

WOMBLE BOND DICKINSON
One East Liberty Street, Suite 300
Reno, Nevada 89501

3. Pursuant to the Court's Order, Plaintiff caused publication of notice of this action in *Newsday*, Long Island's largest newspaper, once per week for four consecutive weeks: August 3, 10, 17, and 24, 2026. *See* Affidavit of Publication, Legal Notice No. 0021940622. The last day of publication was August 24, 2026. Accordingly, service on Defendant Zhang became effective on August 24, 2026, and the deadline for Defendant Zhang to answer or otherwise respond to the Complaint is September 14, 2026.

4. Womble Bond Dickinson (US) LLP was formally retained by Mr. Zhang on August 31, 2026, and counsel entered appearance in the matter on September 1, 2026.

5. The Parties respectfully request that the Court extend Defendant Zhang's deadline to answer or otherwise respond to the Complaint from September 14, 2026, to and including **October 1, 2026**—an extension of 17 calendar days.

6. Good cause exists for this extension. Lead counsel Darren J. Lemieux will be out of the country from September 7, 2026, through September 18, 2026, on a previously scheduled trip. To become fully acquainted with the file and the issues in dispute, and to evaluate potential avenues for a prompt resolution, Mr. Zhang requests additional time to respond.

7. This is the first request for an extension of time to respond and is not made for the purpose of delay.

8. The deadline for Defendant Zhang to respond has not yet expired. This stipulation is therefore filed before expiration of the period originally prescribed, in compliance with Federal Rule of Civil Procedure 6(b)(1)(A).

9. The requested extension will not alter any other scheduling deadlines in this case. No scheduling order has been entered.

10. Plaintiff consents to this stipulation and no party or non-party will be prejudiced by the requested extension.

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the Parties respectfully request that the Court enter the accompanying Order extending Defendant Zhang's deadline to answer or otherwise respond to the Complaint to **October 1, 2026**.

**IT IS SO STIPULATED.**

DATED: September 1, 2026

KEVIN X. LU

By: */s/ Kevin X. Lu*
Kevin X. Lu
2361 Brandini Drive
Dublin, CA 94568
(408) 598-1892
kevinxinlu@gmail.com

*Plaintiff*

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Darren J. Lemieux*
Darren J. Lemieux, Bar No. 9615
Samantha M. Vanillo, Bar No. 17008
One East Liberty Street, Ste. 300
Reno, Nevada 89501

*Attorneys for Defendant Taylor Zhang*

**ORDER**

Upon review of the Parties' Stipulation and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for Defendant Zhang to answer or otherwise respond to the Complaint is extended from September 14, 2026, to and including **October 1, 2026**.

**IT IS SO ORDERED.**

[signature]
UNITED STATES MAGISTRATE JUDGE

DATED: September 1, 2026



WOMBLE BOND DICKINSON
One East Liberty Street, Suite 300
Reno, Nevada 89501