DARREN J. LEMIEUX, BAR NO. 9615
Darren.Lemieux@wbd-us.com
LUCY C. CROW, Bar No. 15203
Lucy.Crow@wbd-us.com
SAMANTHA M. VANILLO, BAR NO. 17008
Samantha.Vanillo@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501
Tel: 775.823.2900
Fax: 775.823.2929

*Attorneys for Defendant Taylor Zhang*

One East Liberty Street, Suite 300
Reno, Nevada 89501
WOMBLE BOND DICKINSON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KEVIN X. LU,

Plaintiff,

v.

CHINA XD PLASTICS COMPANY LIMITED, JIE HAN, and DAHE "TAYLOR" ZHANG,

Defendants.

Case No. 2:25-CV-02440-RFB-EJY

**STIPULATION FOR (1) EXTENSION OF TIME TO RESPOND TO DEFENDANT DAHE "TAYLOR" ZHANG'S MOTION TO DISMISS, (2) FOR PLAINTIFF TO AMEND THE COMPLAINT, (3) TO STAY DISCOVERY, AND (4) TO VACATE DISCOVERY AND RELATED DEADLINES**

**[FIRST REQUEST]**

Pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and 15(a)(1), 15 U.S.C. § 78u-4(b)(3)(B), and Local Rules IA 6-1 and LR 7-1, Defendant Dahe "Taylor" Zhang ("Zhang"), by and through his attorneys, Darren J. Lemieux, Lucy C. Crow, and Samantha M. Vanillo of Womble Bond Dickinson (US) LLP, and Plaintiff Kevin X. Lu ("Plaintiff"), appearing pro se (together, the "Parties"), hereby stipulate and agree to (1) extend the time for Plaintiff to respond to Zhang's Motion to Dismiss (ECF No. 35) (filed October 1, 2026), extending the deadline from October 15, 2026, to November 23, 2026, (2) allow Plaintiff to amend the Complaint by consent of the Parties

One East Liberty Street, Suite 300
Reno, Nevada 89501
WOMBLE BOND DICKINSON

on or before November 23, 2026, (3) stay all discovery, and (4) vacate the existing discovery and related deadlines, as follows:

1. Plaintiff filed his Complaint on December 8, 2025. ECF No. 1.

2. Service on Zhang was effective on August 24, 2026.

3. The Parties have not held a Rule 26(f) conference or exchanged initial disclosures given the posture of this action.

4. On September 25, 2026, Zhang notified Plaintiff of the pleading requirements under the Private Securities Litigation Reform Act ("PSLRA") and his intent to move to dismiss the Complaint under the PSLRA.

5. On October 1, 2026, Zhang filed a timely Motion to Dismiss ("Motion") all claims against him. ECF No. 35; *see also* ECF No. 32 (extending time for Zhang to respond to the Complaint).

6. On October 1, 2026, the Court issued a Minute Order (ECF No. 38) affirmatively setting Plaintiff's deadline to oppose the Motion as fourteen days from the date of the Order.

7. On October 8, 2026, Plaintiff filed a motion for an extension to oppose the Motion, an extension to amend the Complaint, and an order preemptively mooting the Motion upon the filing of an amended complaint by November 23, 2026. ECF No. 39.

8. On October 8, 2026, the Court issued a Minute Order entering a scheduling order, setting the close of discovery 180 days from entry of the Minute Order, April 6, 2027. ECF No. 40. The Court further denied as moot Plaintiff's request for an extension of time to amend the Complaint, denied without prejudice Plaintiff's request for an extension of time to respond to the Motion (ECF No. 39), and ordered the Parties to meet and confer regarding a reasonable extension of time for Plaintiff to respond to Zhang's Motion. ECF No. 40. Thereafter, the Parties met and conferred.

9. The Parties respectfully request that the Court extend Plaintiff's deadline to file an opposition to the Motion as set forth in ECF No. 38 from October 15, 2026, to November 23, 2026, and allow Plaintiff to file an amended complaint on or before November 23, 2026. To the

extent Plaintiff elects to amend his complaint on or before November 23, 2026, such amendment shall exhaust Plaintiff's right to amend as a matter of course under Rule 15(a)(1).

10. The Parties agree there is good cause to align these deadlines to avoid unnecessary motion practice and preserve party and court resources. This is the first request for an extension of time to file an opposition to the Motion, and it is not made for any improper purpose or delay.

11. The Parties further stipulate and agree that all discovery shall be stayed pending resolution of the Motion (ECF No. 35), or any renewed motion to dismiss. The PSLRA mandates an automatic stay of discovery when a motion is filed to dismiss PSLRA claims, such as those brought here. *See* 15 U.S.C. § 78u-4(b)(3)(B); ECF No. 1 (Count I (Violation of Section 10(b) of the Exchange Act and Rule 10b-5) and Count II (Violation of Section 20(a) of the Exchange Act)). Specifically, Section 78u-4(b)(3)(B) provides:

> In any private action arising under this chapter, all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.

15 U.S.C. § 78u-4(b)(3)(B) (emphasis added).

12. If and when the PSLRA discovery stay is lifted or terminates, and this action proceeds the Parties shall conduct a Rule 26(f) conference, exchange initial disclosures, and jointly submit a proposed amended scheduling order providing for a new 180-day discovery period and corresponding deadlines, subject to Court approval. The Parties further request that the Court vacate the existing discovery and related deadlines established in its October 8, 2026 Minute Order (ECF No. 40), without affecting the December 31, 2026 deadline for adding parties and amending pleadings.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WOMBLE BOND DICKINSON
One East Liberty Street, Suite 300
Reno, Nevada 89501

WHEREFORE, the Parties respectfully request that the Court enter the accompanying Order: (1) extending Plaintiff's deadline to oppose the Motion from October 15, 2026, to **November 23, 2026**; (2) allowing Plaintiff to file an amended complaint on or before **November 23, 2026**; (3) staying all discovery pending resolution of any motion to dismiss pursuant to 15 U.S.C. § 78u-4(b)(3)(B); and (4) vacating the existing discovery and related deadlines established in the October 8, 2026 Minute Order (ECF No. 40).

**IT IS SO STIPULATED.**

DATED: October 14, 2026.

KEVIN X. LU

By: */s/ Kevin X. Lu*
Kevin X. Lu
2361 Brandini Drive
Dublin, CA 94568
(408) 598-1892
kevinxinlu@gmail.com

*Plaintiff*

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Samantha M. Vanillo*
Darren J. Lemieux, Bar No. 9615
Lucy C. Crow, Bar No. 15203
Samantha M. Vanillo, Bar No. 17008
One East Liberty Street, Suite 300
Reno, NV 89501
775.823.2900
Darren.Lemieux@wbd-us.com
Lucy.Crow@wbd-us.com
Samantha.Vanillo@wbd-us.com

*Attorneys for Defendant Taylor Zhang*

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: October 14, 2026



One East Liberty Street, Suite 300
Reno, Nevada 89501
WOMBLE BOND DICKINSON